## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GERALD JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 02-CV-1161-JPG |
| RAKESH CHANDRA, et al., | ) ) ) |
| Defendants. | ) |

### JUDGMENT IN A CIVIL CASE

**Decision by the Court**. This matter having come before the Court upon supplemental motions for summary judgment, and the Court having rendered its decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that plaintiff Gerald Jones's claim against defendant Kelly Rhodes for subjecting him to harsh conditions of confinement are **DISMISSED WITHOUT PREJUDICE**;

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of defendant Kelly Rhodes and against plaintiff Gerald Jones on Jones's due process claim and that this claim is **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of defendants Rakesh Chandra, Jill Stevens, Cheyrl Couch, Katherine Lingle Clover, incorrectly referred to as Katherine Lingle, and Kristin Kwasniewski and against plaintiff Gerald Jones on Jones's Eighth Amendment and First Amendment Retaliation claims and that these claims are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of defendant Kelly Rhodes and against plaintiff Gerald Jones on Jones's First Amendment Retaliation

claim and that this claim is **DISMISSED WITH PREJUDICE**; and

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of defendants Rakesh Chandra, Jill Stevens, Cheyrl Couch, Katherine Lingle Clover, incorrectly referred to as Katherine Lingle, and Kristin Kwasniewski and against plaintiff Gerald Jones on Jones's due process claim and that this claim is **DISMISSED WITH PREJUDICE**.

**DATED: April 30, 2007.**

**NORBERT G. JAWORSKI, CLERK**

**By:s/Deborah Agans, Deputy Clerk**

**APPROVED:  s/ J. Phil Gilbert**
**J. PHIL GILBERT**
**U.S. District Judge**