**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **GERALD JONES, Inmate #B-13486,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL NO. 02-1161-JPG |
| | ) |
| **RAKESH CHANDRA,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

Before the Court is Plaintiff's motion for reconsideration (Doc.192). In this order, he challenges the Court's finding that he has accumulated at least three strikes, thus barring him from proceeding *in forma pauperis* (*see* Doc. 191). This motion is patently frivolous, as the Seventh Circuit has specifically announced that Plaintiff has accumulated three strikes. *See Jones v. Sternes*, Appeal No. 04-1621 (7th Cir., filed Mar. 8, 2004) (order dated Feb. 18, 2005, assessing third strike).

Accordingly, the instant motion is **DENIED**.

**IT IS SO ORDERED.**

**Dated: July 23, 2007.**

                                               s/ J. Phil Gilbert
                                               U. S. District Judge